Richard Thomas MANNING,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

State of Massachusetts, City of Brookline, Suffolk County, Walt Disney Company, Bournewood, Eascare, LLC, Westwood Pembroke Health Care, Arnold Communications, Inc., Defendants–Appellees,

and

City of Boston, Defendant–Appellee,

and

City of Pittsfield, Defendant–Appellee,

and

Town of Westwood, Defendant–Appellee,

and

Norfolk County, Defendant–Appellee,

and

AT & T Broadband and Comcast, Defendants–Appellees,

and

General Electric and Unum Life Insurance Co. of America, Defendants–Appellees,

and

Viacom, Inc., Defendant–Appellee,

and

Blue Cross Blue Shield of Mass, Defendant–Appellee,

and

Faulkner Hospital, Beth Israel Deaconess Medical Center, and Dana Farber Cancer Institute, Defendants–Appellees,

and

Fallon Ambulance Service, Defendant–Appellee,

and

AMR of Massachusetts, Inc., Defendant–Appellee.

No. 2006–1553.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2006.

Richard T. Manning, pro se.

### ORDER

Order Vacated, See 2006 WL 3922782.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.